UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. 7:08-49-KKC

BRENDA JUSTUS *on behalf of* J.C.                                                    PLAINTIFF

v.                                              **JUDGMENT**

MICHAEL ASTRUE                                                                       DEFENDANT
Commissioner of
Social Security

\* \* \* \* \* \* \*

In compliance with Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), it is HEREBY ORDERED that:

(1)   Plaintiff's Motion for Summary Judgment is **DENIED**;

(2)   Defendant's Motion for Summary Judgment is **GRANTED**;

(3)   This action is **STRICKEN** from the active docket of this Court; and

(4)   This is a final and appealable order and no just cause for delay exists.

Dated this 27th day of February, 2009.

Signed By:

*Karen K. Caldwell*   KKC

United States District Judge